**AND NOW,** this 20th day of January, 2010, the Application for Relief is **DENIED.**

■

**FRANK N. SHAFFER FAMILY LIMITED PARTNERSHIP and Kevin and Kendra Shaffer, Appellants**

v.

**ZONING HEARING BOARD OF CHANCEFORD TOWNSHIP, Appellee,**

**Chanceford Township, Intervenor.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 2009.

Decided Jan. 26, 2010.

Robert G. Dobslaw, Lancaster, for Frank Shaffer Family Limited Partnership, Kevin & Kendra Shaffer.

Steven Lloyd Sugarman, Steven L. Sugarman & Associates, Berwyn, for amicus curiae Community Associations Institute, PA & DE Valley Chapter.

D. Michael Craley, Red Lion, for Zoning Hearing Board of Chanceford Township.

Stephen J. Dzuranin, Harrisburg, Jeffrey Concini Clark, Wix, Wenger & Weidner, P.C., for amicus curiae PA State Association of Township Supervisors.

Timothy J. Bupp, CGA Law Firm, P.C., York, for Chanceford Township.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**